UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Antonio Crawford,  Civ. No. 19-0854 (SRN/LIB)

    Petitioner,

vs.  **ORDER**

United States of America,

    Respondent.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. Petitioner's "Motion Under 28 U.S.C. § 2255 and § 2254," [Docket No. 1], is **DENIED without prejudice**;

2. Petitioner's "Motion for Federal Rule 6 Discovery," [Docket No. 2], is **DENIED as moot**;

3. Plaintiff's Motion to Proceed In Forma Pauperis, [Docket No. 3], is **DENIED as moot**; and

4. The present action is **DISMISSED without prejudice**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

DATED: July 10, 2019      s/Susan Richard Nelson
    SUSAN RICHARD NELSON
    United States District Judge